EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | |
|---|---|
| | 2022 TSPR 60 |
| Antonio Bayón Casiano | 209 DPR _____ |

Número del Caso:  TS-12,538


Fecha:  11 de mayo de 2022


Abogado de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Antonio Bayón Casiano                    TS-12,538

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de mayo de 2022.

Examinada la *Moción Explicativa y en Cumplimiento de Orden* presentada por el peticionario y la *Certificación* del Programa de Educación Jurídica Continua (PEJC), se reinstala al Lcdo. Antonio Bayón Casiano solamente al ejercicio de la abogacía.

Se le apercibe al licenciado Bayón Casiano que en el futuro deberá velar por el fiel cumplimiento de todo lo relacionado con el PEJC.

En cuanto a la solicitud de reinstalación al ejercicio de la notaría, se le concede a la Oficina de Inspección de Notarías (ODIN) un término de diez (10) días, contado a partir de la notificación de esta Resolución, para que se exprese sobre la misma.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo